## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER:   21-9065 MJ |
| Tanner Leon Forcum | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(o)  and 924(a)(2), an offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:      ☒Yes      ☐ No

AUTHORIZED BY: Brett A. Day, AUSA   *BDay*

SA Alejandra Barrera, ATF
Name of Complainant

*Signature of Complainant*

Sworn to before me electronically

February 25, 2021      @ 5:20 pm      Telephonically      at      Phoenix, Arizona
Date

City and State

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge
Name & Title of Judicial Officer

*Signature of Judicial Officer*

## ATTACHMENT A

## DESCRIPTION OF COUNT

### Count 1

On or about February 10, 2021, in the District of Arizona, Defendant TANNER LEON FORCUM did knowingly possess and transfer a machinegun, that is, a part commonly known as a "Lightning Link," "Swift Link," or "AR-Switch," which is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

Your Affiant, Alejandra Barrera, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby deposes and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     On February 2, 2021, your Affiant opened an investigation regarding the suspected dealing and manufacturing of firearms in violation of the National Firearms Act (NFA) by Tanner Leon FORCUM (hereafter, "FORCUM"). Based on the facts set forth in this Affidavit, your Affiant believes that FORCUM has committed violations of 18 U.S.C. §§ 922(o) and 924(a)(2) (Transfer or possession of machinegun).

2.     I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May 24, 2020. I am currently assigned to the Phoenix Field Division, Phoenix Field Office, Group I. As a Special Agent for the ATF, I have completed the Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT) for the ATF at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I am empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code, Section 2516. Prior to my employment with ATF, I was employed by the United States Secret Service (USSS) for four years as a Special Agent. While at the USSS, I had an integrated duty to protect and conduct financial investigations. I have worked in various capacities, such as in the Financial Task Force, Counterfeit squad, and Counter Surveillance Division. I received specialized training in counterfeit currency detection, access device fraud techniques such as using skimmers, street gang organized crime investigations, and protective intelligence and threat assessment.

3.     Prior to my employment with the USSS, I was employed with the United States Customs and Border Protection as an Officer (CBPO). As a CBPO, I enforced United States customs, immigration, and agricultural laws and regulations at the Nogales,

1

Arizona port of entry. I performed inspections and interdicted the illegal entry of individuals, prohibited goods, and contraband.

4.    The statements contained in this Affidavit are based on information derived from your Affiant's personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; analysis of public records; controlled purchases of a firearm and ammunition; analysis of social media information; and analysis of financial records. The information is not a complete statement of all the facts related to this case.

## APPLICABLE FEDERAL FIREARMS LAWS

5.    Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience in firearms regulations and investigations, as well as the experience and training of other law enforcement officers with whom I have had discussions, I know the following:

6.    18 U.S.C. § 922(a)(1)(A) states it is unlawful for any individual to engage in the business of dealing firearms without a license. Section 921(a)(2)(C) provides that "engaged in the business" means ... "as applied to a dealer in firearms as a regular course of trade or businesses with the principal objective of ... profit through the repetitive purchase and resale of firearms, but shall not include a person who makes occasional sales, exchanges or purchases of firearms ...".

7.    The definition of a "machinegun" in the National Firearms Act (NFA), 26 U.S.C. § 5845(b), and in 18 U.S.C. § 921(a)(23), includes any part or parts that are designed and intended solely and exclusively for use in converting a weapon into a machinegun. This language includes any weapon which shoots, is designed to shoot, or can be readily restored to shoot, by a single pull of the trigger, and initiates an automatic firing cycle that continues until the finger is released or the ammunition supply is exhausted.

2

8. The Gun Control Act (GCA) of 1968, in 18 U.S.C. § 922(o), states machineguns manufactured on or after May 19, 1986, may only be transferred to or possessed by Federal, State, and local government agencies for official use.

### PROBABLE CAUSE

9. On January 30, 2021, Task Force Officer (TFO) Andy Barciz became aware of a Snapchat account with a vanity name of Tanner and a username of t.forcum, which had been advertising ammunition for sale, as well as seeking drivers to pick up people occasionally from near the Mexico and United States border. On the same day at approximately 7:41 p.m., TFO Barciz observed a video post from this account which showed a white male firing what appeared to be a fully-automatic AR-15 style rifle. Captioned with this video was, "$500 a pop lmk." At approximately 8:10 PM, this account posted a picture of an Infiniti steering wheel with a caption, "The whole gun is not for sale, the parts kit is. Don't hmu without cash waste my time and get blocked."

10. On January 31, 2021, the Snapchat account believed to belong to Tanner FORCUM posted a photo of an Infiniti steering wheel with a caption of, "armando84461 doing deliveries on fully auto parts kit AR15 hit em up they going quick." FORCUM's vanity name changed into the shape of a rifle using characters.

11. TFO Barciz conducted records checks on the name Tanner FORCUM and found one match, Tanner FORCUM, DOB xx/xx/2000, and a listed address of 18966 E. Raven Dr., Queen Creek, AZ 85142. Records also indicated FORCUM was most likely the son or related to Shala Forcum, who also has the same address. Shala Forcum is the registered owner of a gray 2011 Infiniti G37.

12. On February 3, 2021, TFO Barciz observed FORCUM post on Snapchat photos of the following firearms: Daniel Defense Rifle, Glock 43x pistol with custom trigger and light, FN509T pistol with the caption "FN 509 tactical AZ locals only," an AR-15 with a tan magpul furniture with the caption, "Trade for Glocks or," Glock 48 pistol with drum magazines with the caption "G48 w drum," and a different AR-15 in a box with Surefire 60 round magazine and black magazine. TFO Barciz sent FORCUM a direct

3

message via Snapchat asking him how much he was asking for the FN509T pistol. FORCUM replied 1.5k.

13.    On February 9, 2021, TFO Barciz set up a deal via Snapchat with FORCUM for February 10, 2021, at 5:00 p.m., to purchase 200 rounds of .223 ammunition for $200.00.

14.    On February 10, 2021, an ATF undercover agent (UC) and surveillance units set up at the meet location at The Home Depot parking lot at 7401 S. Power Rd., Queen Creek, AZ 85142. Additional surveillance units set up outside of FORCUM's residence. At approximately 5:10 p.m., surveillance units outside of FORCUM's residence observed a gray Infiniti G37 exit the garage. At approximately 5:15 p.m., the same Infiniti vehicle, with AZ license plate CGC4824, arrived at the meet location. Surveillance units and the UC were able to positively identify FORCUM as the driver. The UC purchased from FORCUM 200 rounds of .223 Remington ammunition for $200.00 and engaged in a conversation about lightning links. A lightning link is used to convert a semi-automatic AR-15 rifle to full-automatic.

15.    During the UC's conversation with FORCUM, FORCUM said he knows a "guy" who makes the lightning links as well as Glock switches. However, there were times FORCUM made statements as if he was the one building the lightning links. FORCUM explained to the UC in great detail the functionality of the lightning links. FORCUM also admitted to the UC that lightning links are illegal. The UC requested to purchase one (1) lightning link from FORCUM. FORCUM stated he did not have the lightning links at his home but that he could get one to sell to the UC that same day. FORCUM told the UC that he would be right back to the meet location in 10 minutes and left in the Infiniti.

16.    At approximately 5:25 p.m., the surveillance units outside of FORCUM's residence observed FORCUM arrive in the Infiniti and park inside the garage. FORCUM was home for a brief moment before departing to meet again with the UC at the meet location at approximately 5:37 p.m. FORCUM sold the UC one (1) lightning link for $500.00.

4

17.    As previously stated, a lightning link is used to convert a semi-automatic AR-15 rifle to full-automatic. "Lightning links," "Swift links," and "AR Switches" are common street terms for comparable devices that serve the same purpose of converting a semi-automatic weapon into full-automatic. A semi-automatic rifle requires a single trigger-pull each time to fire a round, and when the lightning link is added, the AR-15 will fire multiple rounds in a single trigger-pull making it a full-automatic firearm. Lightning links are illegal, as they are a "machinegun," per the NFA and GCA definition of a machinegun. A machinegun is "any part or parts designed and intended solely and exclusively for use in converting a weapon into a machinegun," which would include a lightning link. Individuals who evade federal firearms laws to obtain a full-automatic firearm will manufacture lightning links through a 3-D printing technology. 3-D printers are readily available to public consumers and can be inexpensive. 3-D printing requires a digital model of the object (lightning link) to print three dimensional solid objects from a variety of materials, like molten plastic and powders.

18.    On February 12, 2021, ATF Special Agents and TFO Barciz took the lightning link purchased from FORCUM to the Phoenix Police Department Police Academy gun range to test fire an AR style rifle with the lightning link. The rifle was first tested without the lightning link; a single pull of the trigger was required to fire one round which meant it was a semi-automatic rifle. After shooting the AR style rifle in semi-automatic mode, TFO Barciz separated the upper and lower receiver by pushing out the rear pin that holds it together. TFO Barciz dropped the lightning link in the lower receiver (firearm) behind the trigger, and the upper and lower receiver were connected via the pin. It should be noted that it took TFO Barciz approximately 10 seconds to separate the upper and lower receiver, place the lightning link in the lower receiver, and put the firearm back together. TFO Barciz inserted a magazine into the firearm and test fired the rifle with the lightning link inside. The AR style rifle fired multiple rounds with a single pull of the trigger making it a full-automatic rifle. Pursuant to Title 26 U.S.C. § 5845(b), "any weapon which shoots ... automatically more than one shot ... by a single function of the trigger"

5

is a machinegun, and the term also includes, "any part designed and intended solely and exclusively ... for use in converting a weapon into a machinegun."

19.    On February 17, 2021, at approximately 4:43 p.m., the UC again met with FORCUM to purchase 150 rounds of ammunition, one (1) AR style rifle with a scope, and three (3) lightning links. FORCUM and the UC met at the same location, The Home Depot parking lot at 7401 S. Power Rd., Queen Creek, AZ 85142. At approximately 4:43 p.m., the UC pulled into The Home Depot parking lot and observed a gray Infiniti car parked. The UC parked alongside FORCUM and exited the vehicle; both parties greeted and began speaking. FORCUM presented the UC with an AR style pistol (with stabilization arm brace attached) and a scope. FORCUM told the UC the firearm was under his friend's name. FORCUM told the UC, "If you are going to do some crazy shit... I approve of it; if you're going to do that, just scratch this" (FORCUM pointed to the serial number on the firearm), referring to scratch the serial number. FORCUM presented to the UC two (2) small Ziploc bags containing ammunition. FORCUM told the UC that each Ziploc bag contained 100 rounds of ammunition (total of 200). FORCUM said he was giving the UC an additional 50 rounds for being a repeat customer. FORCUM also provided the UC with the three suspected lightning links. The UC showed FORCUM a hidden compartment placed inside the UC vehicle.

20.    While in the UC's vehicle, the UC paid FORCUM $3,000 in cash for the AR style pistol, (3) suspected lightning links, and 200 rounds of .223 LC ammunition. FORCUM also added a new AR magazine as part of the transaction. The UC asked FORCUM if he would consider making the lightning link in a different color. FORCUM said yes, adding that he had some in the color gray. FORCUM stated he had been talking to the "guy" (third party/potential supplier) about making it in a different color. The UC directed FORCUM to place the ammunition and three (3) AR switches in the vehicle's secret compartment. The UC observed FORCUM wiping the three (3) AR switches with his clothes prior to placing them into the hidden compartment.

21.    In continuation of their conversation. FORCUM mentioned he had done five

6

(5) deals earlier that day and was about to do 10 to 15 more. FORCUM added he is receiving 70 to 90 messages within an hour on the Snapchat application. The UC asked FORCUM about a Snapchat post he had made about acquiring cocaine. FORCUM told the UC that he wanted to buy a kilo (of cocaine) for someone else. FORCUM referred to cocaine as "snow" and "yeyo." FORCUM and the UC discussed the possibility of FORCUM selling a full-automatic Glock pistol with a modified back plate (NFA) to the UC. FORCUM told the UC to use the code word "new grips" when messaging FORCUM about obtaining a firearm(s). FORCUM also told the UC to inquire about the cost of installing a similar hidden compartment on his Infiniti G37. At approximately 5:03 p.m., the UC observed FORCUM get inside the gray Infiniti G37 and drive away from The Home Depot parking lot. This transaction was captured on a digital audio and video recorder.

22. It should be noted that the National Firearms Registration and Transfer Record (NFRTR) maintains all registration and transfer records of firearms classified under Title 26 U.S.C. § 5845 of the National Firearms Act (NFA). Your Affiant requested a query of FORCUM in the NFRTR and learned that FORCUM had no NFA firearms registered to him.

23. On February 19, 2021, at approximately 7:45 a.m., pursuant to a federal tracking warrant, ATF agents and TFOs installed a vehicle tracking device on FORCUM's vehicle, the gray 2011 Infiniti G37 bearing Arizona license plate CGC4821.

24. TFO Barciz monitored FORCUM's Snapchat account between February 19, 2021 to February 22, 2021, and observed pictures and videos advertising ammunition, making deliveries to his customers, a video of a large banded brick of cash with the caption of "Real boss shit," a photo of a tan rifle case in the back seat of his car with the caption of "Just picked up an rpg, will have pics shortly," and a photo of his dash with the caption of "Unless I get a picture of 20k in your hands don't expect me to even respond about the rpg. Too many broke niggas and feds on snap."

25. TFO Barciz also analyzed the location data from FORCUM's vehicle tracker for the dates of February 19, 2021 through February 22, 2021. TFO Barciz noted that

7

FORCUM would stop at numerous business corners for short intervals near his residence. This was consistent with FORCUM meeting individuals in public locations to buy or sell items.

26.    TFO Barciz asked FORCUM via Snapchat about the RPG and FORCUM stated he had sold it. FORCUM asked if he got another RPG if [TFO Barciz] would have the cash ready. TFO Barciz replied that it depended on what [FORCUM] had. TFO Barciz asked FORCUM about the status on the full-automatic Glock pistol and FORCUM said he did not have anything now but was working on it.

## REQUEST FOR AUTHORIZATION

27.    Based on the foregoing, there is probable cause to believe that Tanner Leon FORCUM committed violations of 18 U.S.C. §§ 922(o) and 924(a)(2) (Transfer or possession of machinegun).

28.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_____
ALEJANDRA BARRERA
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives (ATF)

Subscribed and sworn electronically this ___25___ day of February, 2021.    Telephonically

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

8